UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>            Plaintiff,                 )<br>                                                     )<br>VS.                                              )<br>                                                     )<br>NELSON CALDERON,                )<br>                                                     )<br>            Defendant.             ) | CRIMINAL ACTION NO.<br><br>3:95-CR-097(11)-G |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct and they are hereby accepted as the findings of the court. Defendant's motion for review of his sentence pursuant to 18 U.S.C. § 3742 and for a downward departure pursuant to U.S.S.G. § 5K2.0 is **DENIED**. The district clerk is ordered to **ADMINISTRATIVELY CLOSE** Civil Action No. **3-06-CV-0253-G**.

**SO ORDERED**.

March 21, 2006.

_____
A. JOE FISH
CHIEF JUDGE